IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Jacqueline Culcleasure

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

MUSC Health-Orangeburg
Eval Monique Pride
"See attached"

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

2026 - USDC COL, SC
JUL 23 2026 PM 12:46

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Jacqueline Culcleasure
Street Address    1543 Coulter Road
City and County    Saint Matthews        Orangeburg
State and Zip Code    SC    29135
Telephone Number    803-707-3933

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                     Eval Monique Pride
Job or Title             Patient Experience Manager
(if known)
Street Address           3000 Saint Matthews Road
City and County          Orangeburg          Orangeburg
State and Zip Code       SC  29118
Telephone Number         803-395-2826

Defendant No. 2

Name                     Isaac Leroy Sweat
Job or Title             Security Officer
(if known)
Street Address           3000 Saint Matthews Road
City and County          Orangeburg          Orangeburg
State and Zip Code       SC  29118
Telephone Number         803-395-2255

Defendant No. 3

Name                     Barbara Williams
Job or Title             PBX Lead Operator
(if known)
Street Address           3000 Saint Matthews Road
City and County          Orangeburg          Orangeburg
State and Zip Code       SC  29118
Telephone Number         803-378-5506

Defendant No. 4

Name                     _____
Job or Title             _____
(if known)

2

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name           *MuSC Health-Orangeburg*

Street Address   *3000 Saint Matthews*

City and County   *Orangeburg*           *Orangeburg*

State and Zip Code   *SC 29118*

Telephone Number   *803-395-2200*

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Other        federal        law        *(specify        the        federal        law)*:

3

<u>Employment Law</u>

☐     Relevant      state      law      *(specify,*      *if*      *known)*:

☐     Relevant    city    or    county    law    *(specify,*    *if*    *known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

         ☐    Failure to hire me.

         ☑    Termination of my employment.

         ☐    Failure to promote me.

         ☐    Failure to accommodate my disability.

         ☐    Unequal terms and conditions of my employment.

         ☑    Retaliation.

         ☑    Other acts *(specify)*: Defamation, Harassment, and Emotional Distress.

         *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

June 25, 2025    June 28-30, 2025    July 01, 2025   September 12, 24, and 30, 2025

C.     I believe that defendant(s) *(check one)*:

         ☐    is/are still committing these acts against me.

         ☑    is/are not still committing these acts against me.

4

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐     race _____

☐     color_____

☐     gender/sex _____

☐     religion _____

☐     national origin _____

☐     age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐     disability or perceived disability *(specify disability)*

_____

E.     The facts of my case are as follows.  Attach additional pages if needed.

I, Jacqueline Culcleasure, engaged in protected action through the Human Resources Department at MUSC on July 03, 2025. My claims in this employment law case include defamation, harassment, retaliation resulting in wrongful termination, and emotional distress. Eval monique Pride, the Patient Experience Manager, initiated retaliation after learning that "See additional attach pages"

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.     Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

04-29-2026

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☑     issued a Notice of Right to Sue letter, which I received on *(date)*

05-20-2026 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

| | |
|---|---|
| Economic and Emotional Distress | $100,000 |
| Future Lost Medical Expenses | $50,000 |
| Future Lost Wages | $100,000 |
| Lost of Enjoyment of Life | $50,000 |

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 21 , 20 26

Signature of Plaintiff     *Jacqueline Culcleasure*

Printed Name of Plaintiff     *Jacqueline Culcleasure*

**B.     For Attorneys**

Date of signing: _____ , 20__ .

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

Telephone Number     _____

E-mail Address     _____